

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

September 6, 1961

Honorable Jules Damiani, Jr.
Criminal District Attorney
Galveston County
Galveston, Texas

Dear Mr. Damiani:

Opinion No. WW-1133

Re: Whether the proposed
formal contract between
the United States of
America and the State
of Texas meets the
conditions required
by Senate Bill 1, Acts
of the 57th Legislature,
First Called Session.

     You have requested this office for an opinion as
to whether or not the proposed formal contract, a copy of
which is attached hereto, between the United States of
America, acting through the Department of Commerce, Mari-
time Administration, and the State of Texas, acting through
the Chancellor of the Texas Agriculture and Mechanical Col-
lege System and the President of the Agriculture and Mechan-
ical College of Texas, meets the requirements set forth in
the Appropriations Bill, Senate Bill 1, Acts of the 57th
Legislature, 1st Called Session.

     On page IV-45 of Senate Bill 1, the following
provisions pertaining to the Texas Maritime Academy are
found:

> "In addition to the amounts specified
> above, there are also hereby appropriated to
> the Texas Maritime Academy all funds received
> from any other source, including the Federal
> Government, to be used for the purposes for
> which such funds are made available, provided
> such funds shall be deposited with the State
> Treasurer and withdrawn only upon vouchers
> submitted to the State Comptroller of Public
> Accounts.
>
> "It is specifically provided, however,
> that the appropriations made hereinabove are
> contingent upon either industry or the Federal
> Government, or both, furnishing, or by formal
> contract agreeing to furnish, a seagoing ves-
> sel and sufficient funds to provide for the

annual maintenance and operation of said ves-
sel. None of the moneys appropriated herein-
above for the fiscal year beginning September
1, 1962 may be expended unless and until such
agreements or contracts for the preceding year
beginning September 1, 1961 have been fulfilled.
A copy of any such agreements or contracts shall
be filed with the Governor prior to the expendi-
ture of any of the moneys appropriated herein-
above."  (Emphasis added)

Article 5 of the proposed formal contract between
the United States of America and the State of Texas provides
that:

"Upon the application in writing of the
Governor of the State of Texas, acting upon
the recommendation of the proper School au-
thority, the Administration agrees to furnish
a suitable training vessel subject to the pro-
visions of Section 3 of the Act and of para-
graph 310.4, Administration General Order 87."

Article 1(b) of the proposed formal contract be-
tween the United States of America and the State of Texas
provides that:

"The preceding paragraph contemplates an
annual assistance payment of $75,000 for the
maintenance and operation of the School. This
amount has been found more than sufficient for
the annual cost to be borne by the State for
the maintenance and operation of training ships
operated by some of the existing state maritime
academies. The Administration hereby stipulates
that such portion of the $75,000 assistance pay-
ment as is necessary to pay for said expenses
is hereby made available to the State for this
specific purpose. The unused portion may be
used for other expenses incident to the opera-
tion and maintenance of the School. In any
one fiscal year the Superintendent of the
School shall not be authorized to spend more
than the $75,000 received from the Federal
Government and deposited with the State Treas-
urer pursuant to Section 4 of the Act for the
aforementioned expense to operate and maintain
the ship."  (Emphasis added)

Since the provisions of Article 5 of the proposed formal contract between the United States of America and the State of Texas provide for the furnishing of a suitable training vessel to the Texas Maritime Academy, and since the provisions of Article 1(b) provide for the furnishing of sufficient funds for the annual maintenance and operation of such vessel we are therefore of the opinion that upon approval of such formal contract as to form and substance, and after execution of same by the proper parties thereto, that the requirements set forth on page IV-45 of Senate Bill 1 that:

". . . the appropriations made hereinabove are contingent upon either industry or the Federal Government, or both, furnishing, or by formal contract agreeing to furnish, a seagoing vessel and sufficient funds to provide for the annual maintenance and operation of said vessel. . . .",

would be fulfilled.

## S U M M A R Y

The proposed formal contract between the United States of America and the State of Texas relative to the Texas Maritime Academy meets the conditions required in Senate Bill 1, Acts of the 57th Legislature, 1st Called Session.

Yours very truly,

WILL WILSON
Attorney General of Texas

By    Pat Bailey
Pat Bailey
Assistant

PB:dhs

APPROVED:
OPINION COMMITTEE
W. V. Geppert, Chairman
William E. Allen
Joe A. Osborn
J. C. Davis

REVIEWED FOR THE ATTORNEY GENERAL
BY: Howard W. Mays